AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

CERTAIN UNDERWRITERS AT　　　　　JUDGMENT IN A CIVIL CASE
LLOYD'S OF LONDON SYNDICATES
et al.,

　　　　　v.

　　　　　　　　　　　　　　　　　　　CASE NUMBER: C06-5238RBL

TRAVELERS INDEMNITY COMPANY

[ √ ]　**Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Remand to State Court pursuant to 28 U.S.C. §1447 (c) based on lack of diversity jurisdiction consistent with 28 U.S.C. §1332 is GRANTED.

*DATED:* July 18, 2006

　　　　　　　　　　　　　　　　　　　　　BRUCE  RIFKIN
　　　　　　　　　　　　　　　　　　　*Clerk*

　　　　　　　　　　　　　　　　　　　　　/s/   Jean Boring
　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*, Jean Boring